| | |
|---|---|
| 1 | GREGORY S. CORDREY #190144 |
| | MARK L. BLAKE # 253511 |
| 2 | HOWREY LLP |
| | 4 Park Plaza, Suite 1700 |
| 3 | Irvine, California  92614 |
| | Telephone:  (949) 721-6900 |
| 4 | Facsimile:  (949) 721-6910 |
| 5 | Attorneys for Plaintiff |
| | AVERY DENNISON CORPORATION |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION, | ) | Case No. 2:07-cv-8179- ABC (MAN) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT PURSUANT TO AN** |
| | ) | **ACCEPTED FED. R. CIV. P. 68** |
| vs. | ) | **OFFER OF JUDGMENT** |
| | ) | |
| PROTRIM ENTERPRISES, INC., | ) | Hon. Audrey B. Collins |
| ARTEKA, INC., GOKHAN ERKOVAN. | ) | |
| MITCHELL CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**HOWREY LLP**

Proposed Judgment
Case No. 2:07-cv-8179 ABC (MANx)

DM_US:21216226_1

**WHEREAS**, on May 2, 2008 Plaintiff, Avery Dennison Corporation accepted the Federal Rule of Civil Procedure 68 Offer of Judgment from Defendants' Protrim Enterprises, Inc., Arteka, Inc., and Gokhan Erkovan (hereinafter collectively referred to as "Defendants").

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

(1) That, pursuant to 35 U.S.C. §271, Defendants and Defendants' officers, agents, servants, employees, attorneys and all others in active concert and/or participation with them have infringed Avery Dennison Corporation's U.S. Patent No. 5,433,366 through the manufacture, use, offer for sale, sale and/or importation of infringing products and/or any of the other acts prohibited by 35 27 U.S.C. §271;

(2) That, pursuant to 35 U.S.C. §271, Defendants and Defendants' officers, agents, servants, employees, attorneys and all others in active concert and/or participation with them be permanently enjoined from infringing Avery Dennison Corporation's U.S. Patent No. 5,433,366 through the manufacture, use, offer for sale, sale and/or importation of infringing products and/or any of the other acts prohibited by 35 U.S.C. §271; and

(3) That Plaintiff be awarded the sum of $10,000, with costs (excluding attorney's fees), against Defendants collectively, with each individual defendant being joint now accrued.

**IT IS SO ORDERED.**

Dated:  May 8, 2008

*Audrey B. Collins*

_____
Honorable Audrey B. Collins
UNITED STATES DISTRICT JUDGE